to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. R. E. Whiting* for petitioner. *Mr. M. G. Wallace* for respondent.

No. 229. DISTRICT OF COLUMBIA *v.* FRED. October 21, 1929. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. Wm. W. Bride* for petitioner. No appearance for respondent.

No. 248. NOGUEIRA *v.* NEW YORK, NEW HAVEN & HARTFORD R. Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Humphrey J. Lynch* for petitioner. *Messrs. John M. Gibbons* and *Edward R. Brumley* for respondent.

No. 250. LUCAS, COMMISSIONER OF INTERNAL REVENUE, *v.* OX FIBRE BRUSH Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Hughes* and *Mr. Morton P. Fisher* for petitioner. *Messrs. Albert L. Hopkins* and *Merritt Starr* for respondent.

No. 261. MILLER *v.* McLAUGHLIN. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Nebraska granted. *Mr. A. Henry Walter* for petitioner. No appearance for respondent.

No. 270. THE HENRIETTA MILLS *v.* RUTHERFORD COUNTY ET AL. October 21, 1929. Petition for writ of